**Akbar Sharrif ABU–SHABAZZ, a/k/a Charles2 × Cox, Plaintiff— Appellant,**

v.

**William W. SONDERVAN, Commissioner; Robert J. Kupec, ECI Warden; George Kaloroumakis, ECI Assistant Warden; Ronald B. Dryden, ECI Chief of Security; Chris Tyler, Administrative Aide; Gene Howe, ECI Arc Officer; Robert Hutchinson, MHC Warden; Joseph P. Sacchet, MHC Warden; Prison Health Service, Incorporated; R. Knorr, RCI Protestant Chaplain; Doctor Bergman, Defendants—Appellees.**

No. 04–6361.

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2004.

Decided: May 20, 2004.

Akbar Sharrif Abu–Shabazz, Appellant pro se.

John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland; Donald Joseph Crawford, Aldelman, Sheff & Smith, Rockville, Maryland, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Akbar Sharrif Abu–Shabazz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Abu–Shabazz v. Sondervan,* No. CA–03–1012–8–AW (D. Md. filed Feb. 17, 2004 & entered Feb. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*